# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1139

_____

United States of America

*Plaintiff - Appellee*

v.

Robert Shakir Perry

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: June 11, 2019
Filed: June 12, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Robert Perry directly appeals after the district court[1] revoked his supervised release, and sentenced him to 8 months in prison and 46 months of supervised release.

_____

[1] The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

His counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Perry, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); see also United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004); and the sentence was within the Guidelines range, and below the statutory limit, see 18 U.S.C. §§ 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____